IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARLIN JULISSA MONTERROSO, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-26-CV-00246-FB |
| | § | |
| JOSE RODRIGUEZ, JR., Warden of Dilley | § | |
| Processing Center, in their official capacity; | § | |
| TODD LYONS, in his official capacity as | § | |
| Acting Director of U.S. Immigration and | § | |
| Customs Enforcement; KRISTI NOEM, | § | |
| in her official capacity as Secretary of the | § | |
| U.S. Department of Homeland Security; | § | |
| PAMELA BONDI, in her official capacity | § | |
| as U.S. Attorney General; and DAREN | § | |
| MARGOLIN, Director for Executive | § | |
| Office for Immigration Review, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT

Before the Court is the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the

"Petition") (ECF No. 1), filed by Petitioner Marlin Julissa Monterroso ("Petitioner"), who is currently

detained in the South Texas Family Residential Center in Dilley, Texas, located in the Western District

of Texas.

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States

Attorney in San Antonio, Texas, with copies of the Petition (ECF No. 1) and this Order.  Delivery by

certified mail, return receipt requested, of those same documents shall constitute sufficient service of

process, unless otherwise contested, on the Federal Respondents. *See* FED. R. CIV. P. 4(i). Service

should be directed to:

Stephanie Rico, the Civil Process Clerk
United States Attorney's Office, Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve the Respondent Warden of the

South Texas Family Residential Center with copies of the Petition (ECF No. 1) and this Order.

Delivery by certified mail, return receipt requested, will constitute sufficient service of process unless

otherwise contested. Service should be directed to:

Jose Rodriguez, Jr., Warden
South Texas Family Residential Center
300 El Rancho Way
Dilley, TX 78017.

IT IS FURTHER ORDERED that Respondents shall file a response to the petition within five

(5) days of the date of service. In preparing their response, if this case concerns, in whole or in part,

whether 8 U.S.C. § 1225 authorizes Petitioners' detention, Respondents must consider the following

prior court orders issued in the San Antonio Division of the Western District of Texas addressing this

question and note any material factual differences: *Vega-Vega v. Bondi*, No. SA-25-CV-1869-JKP at

docket entry number 6 (W.D. Tex. Jan. 6, 2026); *Gonzalez-Gomez v. Bondi*, No. SA-25-CV-1861-JKP

at docket entry number 7 (W.D. Tex. Jan 6, 2026); *Jaimes v. Lyons*, No. SA-25-CV-1700-FB at docket

entry number 7 (W.D. Tex. Dec. 18, 2025); *Rahimi v. Thompson*, Order, No. SA-25-CV   1338-OLG

(W.D. Tex. Dec. 4, 2025); *Tinoco Pineda v. Noem*, No. SA-25-CA-01518-XR, 2025 WL 3471418

(W.D. Tex. Dec. 2, 2025); *Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL3296314 (W.D.

Tex. Nov. 26, 2025); and *Mendoza Eucceda v. Noem*, Order, No. SA-25-CV-1234-OLG (W.D. Tex.

Nov. 17, 2025).  Failure to do so may result in a summary order granting all relief requested in the

petition on that issue other than a request for attorney's fees. In lieu of a full response, Respondents may

-2-

choose to file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases on the § 1225 versus § 1226 issue.

IT IS FURTHER ORDERED that, if Petitioner elects to file a reply, Petitioner may do so no later than 7 days after the Respondents file their answers/responses.

IT IS ORDERED that any possible or anticipated removal or transfer is IMMEDIATELY STAYED until further order from this Court. Respondents shall not transfer the above-named Petitioner outside of this judicial district during the pendency of this litigation and until further Order of this Court allowing removal or transfer.

It is so ORDERED.

SIGNED this 21st day of January, 2026.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE